

# Fourth Court of Appeals
## San Antonio, Texas

September 6, 2018

No. 04-18-00442-CV

**IN THE INTEREST OF J.D., J.H. JR., AND G.A.V. JR., CHILDREN,**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01311
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

The Appellant's Motion to Extend Time to File Appellant's Brief is hereby GRANTED. Time is extended to September 10, 2018.

_____
Luz Elena D. Chapa, Justice

  IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of September, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court